51 So.2d 909

**Wilmer Albie McLEROY, Sr. v. Annie Lee McLEROY.**

7 Div. 90.

Supreme Court of Alabama.
Jan. 9, 1951.

A. L. Crumpton, of Ashland, for appellant.

Dempsey & Hardegree, of Ashland, for appellee.

PER CURIAM.

Dismissed, motion of appellant.

51 So.2d 909

**NEBRASKA CONSOLIDATED MILLS CO. v. J. S. STONE, Judge.**

6 Div. 200.

Supreme Court of Alabama.
Jan. 29, 1951.

Peach, Caddell & Shanks, of Decatur, for petitioner.

PER CURIAM.

Petition dismissed without prejudice, on motion of petitioner.

51 So.2d 909

**RAWLINGS MOTOR CO., Inc. v. FIRST FINANCE, Inc.**

1 Div. 428.

Supreme Court of Alabama.
April 3, 1951.

Inge, Twitty, Armbrecht & Jackson, of Mobile, for appellant.

Vincent F. Kilborn, of Mobile, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

51 So.2d 910

**Ex parte Emily REED.**

6 Div. 207.

Supreme Court of Alabama.
Jan. 31, 1951.

Geo. E. Trawick, of Birmingham, for petitioner.

PER CURIAM.

Application denied, petition dismissed.

FOSTER, LIVINGSTON, LAWSON, and STAKELY, JJ., concur.